IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

VIRGINIA WATT     PLAINTIFF

V.     CIVIL ACTION NO. 1:16-CV-00101-SA-DAS

CITY OF COLUMBUS, MISSISSIPPI     DEFENDANT

## ORDER

For the reasons fully explained in a separate memorandum opinion issued this same day, the City of Columbus' Motion for Summary Judgment [7] is GRANTED in part, and DENIED in part. The City's motion is DENIED as to the Plaintiff's claim for intentional discrimination, and GRANTED as to all other claims.

SO ORDERED on this the 24th day of January, 2017

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE