IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

VIRGINIA WATT                                                      PLAINTIFF

VS.                                                            CIVIL ACTION NO. 1:16CV101-SA-DAS

CITY OF COLUMBUS, MISSISSIPPI                                       DEFENDANT

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Upon motion of the parties, the Court is advised that Defendant and Plaintiff Virginia Watt have compromised and settled this case and, for that reason, any and all claims by or on behalf of Virginia Watt in this action against Defendant, City of Columbus, Mississippi, are hereby dismissed with prejudice with each party to bear their own attorney fees and costs.

SO ORDERED, this the 18th day of September, 2017.

                                                                /s/ Sharion Aycock
                                                                 UNITED STATES DISTRICT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

s/Charles D. Easley, Jr.
Attorney for Plaintiff

s/Berkley N. Huskison
Attorney for Defendants

1021332